# UNITED STATES DISTRICT COURT
## for the District of Arizona

*In the Matter of the Search of*
(Briefly describe the property to be searched or identify the person by name and address)

The person of NATHAN ALEX RIOS, who is currently incarcerated at the Tohono O'odham Detention Center in Sells, Arizona,

USAO#: 2023R01574

No. 23-00303MB

SEARCH WARRANT

TO:     Any authorized law enforcement officer

Application and Affidavit having been made before me by a federal law enforcement officer, requesting the search of the following ☒ person or ☐ premises known as *(name, description and/or location)*:

**See AttachmentA, attached and incorporated by reference herein**

located in the District of Arizona is believed to conceal *(identify the person or describe the property to be seized)*:

**See Attachment B, attached and incorporated by reference herein**

I find that the affidavit(s), and/or any recorded testimony, establish probable cause to search and seize the person or property described.

YOU ARE COMMANDED to execute this warrant on or before   May 15, 2023
                                                                                                                 *(not to exceed 14 days)*

☒  in the daytime 6:00 a.m. to 10:00 p.m.          ☐  at any time in the day or night as I find reasonable cause has been established.

You must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the United States Magistrate Judge who authorized this warrant.

Subscribed electronically and Sworn to me telephonically.

May 1, 2023    2:54 p.m.
*Date & Time Issued*

Tucson, Arizona
*City and State*

*Judge's signature*

Eric J. Markovich, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF PERSON TO BE SEARCHED

The person of NATHAN ALEX RIOS, SSN: 601-XX-3466, approximately 5'05" tall, approximately 160 pounds, who is currently incarcerated at the Tohono O'odham Detention Center in Sells, Arizona.



## ATTACHMENT B

## ITEMS TO BE SEIZED

1. A DNA standard, obtained by inserting two (2) buccal swabs into the mouth of NATHAN ALEX RIOS, for DNA comparison.

2. Major case prints obtained by inking and rolling the palms, fingers, fingertips, sides, and edges, of NATHAN ALEX RIOS hands, for latent print analysis.

SEARCH WARRANT RETURN (REV. 03/13)

# RETURN

Case No.: **23-00303MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## NOT EXECUTED

☐  This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: _____

_____
Executing Officer's Signature

_____
Printed Name and Title

# UNITED STATES DISTRICT COURT
## for the District of Arizona

| | |
|---|---|
| *In the Matter of the Search of*<br>(Briefly describe the property to be searched or identify the person by name and address)<br><br>The person of NATHAN ALEX RIOS, who is currently incarcerated at the Tohono O'odham Detention Center in Sells, Arizona,<br><br><br>USAO#: 2023R01574 | No. **23-00303MB**<br><br>APPLICATION FOR<br>SEARCH WARRANT |

I, S.A. Ryan T. McGee, a special agent with the FBI, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that ☒ on the person of or ☐ on the premises known as *(name, description and/or location)*:

**See Attachment A, attached and incorporated by reference herein**

located in the District of Arizona there is now concealed *(identify the person or describe the property to be seized)*:

**See Attachment B, attached and incorporated by reference herein**

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 18 U.S.C. §§ 113(a)(3) and 1153.

The application is based on these facts:

**See attached Affidavit incorporated by reference herein.**

Reviewed by AUSA Serra M. Tsethlikai
*AUSA printed last name and inked initials*

RYAN MCGEE
Digitally signed by RYAN MCGEE
Date: 2023.05.01 15:13:46 -07'00'

*Applicant's signature*
Ryan T. McGee, Special Agent, Federal Bureau of Investigation
*Printed name and title*

Subscribed electronically and Sworn to me telephonically.

May 1, 2023
*Date*

Tucson, Arizona
*City and State*

*Judge's signature*
Eric J. Markovich, United States Magistrate Judge
*Printed name and title*